michaelgiminezind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 30 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KENNETH GIMINEZ,<br>and<br>BENJAMIN U. CHARFAUROS,<br><br>Defendants. | CRIMINAL CASE NO. 06-00041<br><br>**INDICTMENT**<br><br>**HOBBS ACT ROBBERY CONSPIRACY**<br>[18 U.S.C. §§1951(a) & 2]<br>(Count I)<br>**HOBBS ACT ROBBERY**<br>[18 U.S.C. §§ 1951 & 2]<br>(Count II)<br>**USING AND CARRYING A FIREARM**<br>**DURING A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A)(ii) & 2]<br>(Count III)<br>**FELON IN POSSESSION**<br>**OF A FIREARM**<br>[18 U.S.C. §§ 922(g)(1), 924(a)(2) & 2]<br>(Count IV)<br>**POSSESSION OF AMMUNITION BY**<br>**A FELON**<br>[18 U.S.C. §922(g)(1), 924(a)(2) & 2]<br>(Count V) |

THE GRAND JURY CHARGES:

### COUNT I - HOBBS ACT ROBBERY CONSPIRACY

1. At all times material to this Indictment, Giant Panda Store, District of Guam, was engaged in the business of selling retail and commercial items and operating as a video rental store. Giant Panda Store's operations affected interstate and foreign commerce.

2. On or about July 28, 2006, in the District of Guam, MICHAEL KENNETH GIMINEZ and BENJAMIN U. CHARFAUROS, the defendants, and other persons known and unknown to the Grand Jury, knowingly and wilfully did combine, conspire, confederate and agree, together and with each other, to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property from a person, Wei Zhung, a cashier and employee of the Giant Panda Store, against that person's will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to that person's property, and property in that person's custody and possession, and thereby would and did obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), in violation of Title 18, United States Code, Section 1951(a).

## COUNT II - HOBBS ACT ROBBERY

3. The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 and 2 as if fully set forth herein.

4. On or about July 28, 2006, in the District of Guam, MICHAEL KENNETH GIMINEZ and BENJAMIN U. CHARFAUROS, the defendants, unlawfully, wilfully and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property and property in the custody and possession of, Wei Zhung, a cashier and employee of the Giant Panda Store, against that person's will, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to that person and that person's property, and property in that person's custody and possession, and thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, 1951(b)(3), in violation of Title 18, United States Code, Sections 1951(a) and 2.

//
//
//

2

## COUNT III - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

5. The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 and 2 as if fully set forth herein

6. On or about July 28, 2006, in the District of Guam, MICHAEL KENNETH GIMINEZ the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count I of this Indictment, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and brandished such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT IV - FELON IN POSSESSION OF A FIREARM

7. On or about July 28, 2006, in the District of Guam, MICHAEL KENNETH GIMINEZ, the defendant, having been convicted in the Superior Court of Guam on or about June 21, 1995, in CF157-95, of Second Degree Criminal Sexual Conduct (As a First Degree Felony), in CF240-95, of Felony Escape (As a Felony), and in CF130-94 of Theft by Receiving Stolen Property (As a Second Degree Felony), crimes punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce firearms, to wit: a .45 caliber semi automatic firearm, Serial Number TGM 11490, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT V - POSSESSION OF AMMUNITION BY A FELON

8. On or about July 28, 2006, in the District of Guam and elsewhere, MICHAEL KENNETH GIMINEZ, the defendant herein, having been convicted of a felony offense in the Superior Court of Guam on or about June 21, 1995, in CF157-95, of Second Degree Criminal Sexual Conduct (As a First Degree Felony), in CF240-95, of Felony Escape (As a Felony), and in CF130-94 of Theft by Receiving Stolen Property (As a Second Degree Felony), possessed in and

affecting commerce, ammunition, to wit: three (3) unexpended .45 caliber ammunition bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

DATED this 30 day of August, 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

4