# Criminal Case Cover Sheet

**U.S. District Court**

06-00041

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _X_ No

Defendant Name: Michael Kenneth Giminez

Alias Name: _____

Address: _____

Agat, Guam

Birthdate: xx/xx/1976  SS#: xxx-xx-4905  Sex: M  Race: PI  Nationality: Chamorro

**U.S. Attorney Information:**

AUSA: Rosetta L. San Nicolas

Interpreter: _X_ No ___ Yes  List language and/or dialect: _____

**RECEIVED AUG 30 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __5__   ___ Petty  ___ Misdemeanor  _x_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951 & 2 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 USC 1951 & 2 | Hobbs Act Robbery | 2 |
| Set 3 | 18 USC 924(c)(1)(A)(ii) & 2 | Using and Carrying a Firearm During a Crime of Violence | 3 |
| Set 4 | 18 USC 922(g)(1), 924(a)(2) & 2 | Felon in Possession of a Firearm | 4 |
| Set 4 | 18 USC 922(g)(1), 924(a)(2) & 2 | Possession of Ammunition by a Felon | 5 |

(May be continued on reverse)

Date: 8/30/06   Signature of AUSA: [signature]

**ORIGINAL**