**Criminal Case Cover Sheet**                                                                 **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Docket Number __06-00041__

Superseding Indictment _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No**

Defendant Name    __Benjamin Unsiog Charfauros__

Alias Name    _____

Address    _____

__Mangilao, Guam__

Birthdate __xx/xx/1972__  SS# __xxx-xx-0958__  Sex __M__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter:  __X__ No  ___ Yes    List language and/or dialect: _____

**RECEIVED AUG 3 0 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty  ___ Misdemeanor  __x__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1951 & 2 | Hobbs Act Robbery Conspiracy | 1 |
| Set 2 | 18 USC 1951 & 2 | Hobbs Act Robbery | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/30/06__    Signature of AUSA: _____

**ORIGINAL**