# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00041-001  DATE: September 01, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:02:58 - 10:11:12
CSO: J. McDonald

**APPEARANCES:**
Defendant: Michael Kenneth Giminez  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Wong Nguyen, ATF
U.S. Probation: Carleen Borja  U.S. Marshal: G. Perez
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: October 25, 2006 at 9:30 A.M.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: