

**FILED**
DISTRICT COURT OF GUAM
SEP -1 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL KENNETH GIMINEZ,<br>and BENJAMIN U. CHARFAUROS,<br><br>  Defendants. | CRIMINAL CASE NO. 06-00041<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **MICHAEL KENNETH GIMINEZ** in the above-entitled case *nunc pro tunc* to August 30, 2006 and **CYNTHIA V. ECUBE** is appointed to represent defendant **BENJAMIN U. CHARFAUROS** in the above-entitled case *nunc pro tunc* to August 31, 2006.

Dated this 1st day of September, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL