ORIGINAL

michaelgiminezexpert

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF INTENT TO USE EXPERT TESTIMONY |
| MICHAEL KENNETH GIMINEZ, ) BENJAMIN U. CHARFAUROS, ) | |
| Defendants. ) | |

Comes now the United States, through Assistant U.S. Attorney Rosetta L. San Nicolas and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence §702 and Federal Rules of Criminal Procedure Rule 16(a)(G). The Government intends to call ATF Special Agent Kraig Hankins, as an expert at trial. SA Kraig Hankins will testify concerning his observations, findings, conclusions, opinions, and bases for his opinions. His opinions will be based on the firearm and ammunition recovered from the defendants on August 3, 2006. His conclusions and opinions were formulated as a result of the subsequent examination of the firearm and ammunition. In addition, SA Hankins will testify concerning the purpose of weapons

examination, the methods and reasons for such, as well as explaining terminology and findings contained within the reports themselves.

Respectfully submitted this 25th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2

Case 1:06-cr-00041   Document 16   Filed 09/25/2006   Page 2 of 2