1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00041 |
| Plaintiff, | |
| vs. | **ORDER CONTINUING STATUS HEARING** |
| MICHAEL KENNETH GIMINEZ, | |
| Defendant. | |

Upon the stipulation by the parties and for good cause shown,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for January 18, 2007, is hereby rescheduled to March 20, 2007, at 2:30 p.m.

January 16, 2007
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**