1  michaelgiminezstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

**FILED**

DISTRICT COURT OF GUAM

MAR 20 2007

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                   FOR THE TERRITORY OF GUAM

10  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00041
                                     )
11                      Plaintiff,   )
                                     )   **STIPULATED MOTION TO**
12            vs.                    )   **CONTINUE STATUS HEARING**
                                     )
13  MICHAEL KENNETH GIMENEZ,         )
                                     )
14                      Defendant.   )
    ─────────────────────────────── )

15        The parties in the above-entitled matter, the United States of America, and the defendant

16  through his counsel, Richard Arens, hereby motion this Honorable Court to continue the Status

17  Hearing currently scheduled for March 20, 2007, and that it be continued for three (3) months, at

18  a date and time to be selected by the court at it's convenience.

19

20

21  _3/20/07_
        DATE                    RICHARD ARENS
22                              Attorney for Defendant

23                              LEONARDO M. RAPADAS
                                United States Attorney
24                              Districts of Guam and NMI

25

26  _3/19/07_          By: _____
        DATE                    ROSETTA SAN NICOLAS
27                              Assistant U.S. Attorney

28