1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334
6

7  Attorneys for the United States of America

8

9                 IN THE DISTRICT COURT OF GUAM

10               FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 06-00041
                                     )
13                  Plaintiff,       )
                                     )  **ORDER CONTINUING**
14         vs.                       )  **STATUS HEARING** (2nd Request)
                                     )
15  MICHAEL KENNETH GIMINEZ,         )
                                     )
16                                   )
                    Defendant.       )
17  _____ )

18

19        Upon the stipulation by the parties and for good cause shown,

20        **IT IS SO ORDERED** that the Status Hearing currently scheduled for March 20, 2007,

21  is hereby rescheduled to June 27, 2007, at 2:30 p.m.

22

23

24                                      **/s/ Joaquin V.E. Manibusan, Jr.**
                                           **U.S. Magistrate Judge**
25                                      **Dated: Mar 20, 2007**

26

27

28