1  MGimenez.SMC

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 27 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00041 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATED MOTION TO CONTINUING STATUS HEARING** |
| MICHAEL KENNETH GIMENEZ, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Richard Arens, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for June 27, 2007, and that it be continued for three (3) months, at a date and time to be selected by the Court at it's convenience.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATE:_____        By: _____
                        ROSETTA SAN NICOLAS
                        Assistant U.S. Attorney

DATE: 6/27/07          _____
                        RICHARD ARENS
                        Attorney for Defendant

ORIGINAL