1   MGimenez.MJS

2   LEONARDO M. RAPADAS
    United States Attorney
3   ROSETTA SAN NICOLAS
    Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910
    Telephone: (671) 472-7332
6   Telecopier: (671) 472-7334

7   Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 27 2007

MARY L.M. MORAN
CLERK OF COURT

8         **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00041 |
| | ) | |
| 11        Plaintiff, | ) | |
| | ) | **MOTION TO FILE** |
| 12      vs. | ) | **JUSTIFICATION UNDER** |
| | ) | **SEAL** |
| 13 MICHAEL KENNETH GIMENEZ, | ) | |
| | ) | |
| 14        Defendant. | ) | |
| 15 | ) | |

16       COMES NOW the United States of America, by and through the undersigned counsel,

17 and moves this Honorable Court for an Order allowing it to file under seal its memorandum in

18 justification of the parties' stipulation to continue the Status Hearing. The government makes

19 this motion for the reasons set forth in detail in the memorandum.

20       RESPECTFULLY SUBMITTED this 27th day of June, 2007.

21                   LEONARDO M. RAPADAS
                       United States Attorney
22                   Districts of Guam and NMI

23

24           By   _____
                  ROSETTA SAN NICOLAS
                  Assistant U.S. Attorney

25

26

27

28

ORIGINAL