

1  michaelgiminezstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

SEP 19 2007 nbo

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE TERRITORY OF GUAM

10  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 06-00041
                                     )
11                 Plaintiff,        )
                                     )  **STIPULATED MOTION TO**
12         vs.                       )  **CONTINUE STATUS HEARING**
                                     )
13  MICHAEL KENNETH GIMENEZ,         )
                                     )
14                 Defendant.        )
    _____)

15      The parties in the above-entitled matter, the United States of America, and the defendant

16  through his counsel, Richard Arens, hereby motion this Honorable Court to continue the Status

17  Hearing currently scheduled for September 27, 2007, and that it be continued for three (3)

18  months, at a date and time to be selected by the court at it's convenience.

19

20

21  ___9-18-07___              _Richard Arens_
        DATE                   RICHARD ARENS
22                             Attorney for Defendant

23                             LEONARDO M. RAPADAS
                               United States Attorney
24                             Districts of Guam and NMI

25

26  ___9-18-07___   By:  _Frederick A. Black for RSN._
        DATE             ROSETTA SAN NICOLAS
27                       Assistant U.S. Attorney

28