| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | ROSETTA SAN NICOLAS<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Street |
| 4 | Hagåtña, Guam 96910<br>Telephone: (671) 472-7332/7283 |
| 5 | Telecopier: (671) 472-7334 |




**FILED**
DISTRICT COURT OF GUAM

SEP 19 2007 nba

JEANNE G. QUINATA
Clerk of Court

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00041 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION TO FILE JUSTIFICATION**<br>) **UNDER SEAL** |
| MICHAEL KENNETH GIMINEZ, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its memorandum in justification of the parties' stipulation to continue the status hearing. The government makes this motion for the reasons set forth in detail in the memorandum.

RESPECTFULLY SUBMITTED this 18th day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Frederick A. Black for R.S.N.*
ROSETTA SAN NICOLAS
Assistant U.S. Attorney