LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | |
| | ) | |
| MICHAEL KENNETH GIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the status hearing to be held on September 27, 2007, be filed under seal, *nunc pro tunc* to September 19, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 20, 2007