ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

DEC 27 2007

JEANNE G. QUINATA
Clerk of Court

1  LEONARDO M. RAPADAS
2  United States Attorney
   ROSETTA L. SAN NICOLAS
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Avenue
   Agana, Guam 96910
5  Telephone: (671) 472-7332/7283
   Telecopier: (671) 472-7334
6
   Attorneys for United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE DISTRICT OF GUAM

10
   UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. 06-00041
11                                )
                Plaintiff,        )
12                                )   STIPULATION OF PARTIES
         vs.                      )   TO CONTINUE STATUS
13                                )   HEARING
                                  )
14 MICHAEL K. GIMINEZ,            )
                                  )
15              Defendant.        )
   _____)
16

17       The parties in the above-entitled matter, the United States of America, and the defendant
18 MICHAEL K. GIMINEZ, through his counsel, Richard Parker Arens, Assistant Federal Public
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28                                      -1-

| | |
|---|---|
| 1 | Defender, hereby moves this Honorable Court for an order continuing the status hearing, |
| 2 | currently scheduled for December 27, 2007, to a date approximately two (2) months thereafter to |
| 3 | be selected by the Court, for reasons which the Court has been previously made aware. |
| 4 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATE: 12/27/07

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

DATE: 12/27/07

_____
RICHARD PARKER ARENS
Assistant Federal Public Defender
Attorney for Defendant