LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00041 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| MICHAEL K. GIMINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the government's motion to file the justification for continuing the December 27, 2007, status hearing under seal, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that said justification be filed under seal.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Dec 27, 2007