LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA, ) CRIMINAL CASE NO. 06-00041
)
        Plaintiff, )
)
  vs. )
)
) **ORDER**
)
MICHAEL K. GIMINEZ, )
        Defendant. )
_____ )

    Based on the stipulation of parties to continue the status hearing scheduled on December 27, 2007, and the Court finding good cause for the issuance of the order;

    **IT IS HEREBY ORDERED** the Status Hearing be re-scheduled to February 27, 2008, at 2:30 p.m.

                      /s/ Joaquin V.E. Manibusan, Jr.
                         U.S. Magistrate Judge
                      **Dated: Dec 27, 2007**