


JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
MICHAEL K. GIMINEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-06-00041 |
|---|---|
| Plaintiff, | ) <br> ) STIPULATION TO CONTINUE STATUS <br> ) HEARING |
| vs. | ) |
| MICHAEL K. GIMINEZ, | ) |
| Defendant. | ) |

### STIPULATION TO CONTINUE STATUS HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the status hearing currently scheduled for February 27, 2008, be continued to a time and date after March 7, 2008. The justification for this request is based upon defense counsel's previously

//

//

ORIGINAL

scheduled off-island commitments.

    IT IS SO STIPULATED:

    DATED: Mongmong, Guam, February 13, 2008.

                _____
                 RICHARD P. ARENS
                 Attorney for Defendant
                 MICHAEL K. GIMINEZ

                 _____
                 ROSETTA SAN NICOLAS
                 Attorney for Plaintiff
                 UNITED STATES OF AMERICA