JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL K. GIMINEZ



**FILED**
DISTRICT COURT OF GUAM

MAR 1 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-06-00041 |
|---|---|
| Plaintiff, | ) STIPULATION TO SCHEDULE </br> ) SENTENCING HEARING |
| vs. | ) |
| MICHAEL K. GIMINEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the status hearing currently scheduled for March 11, 2008, be taken off calendar and that this matter be set for sentencing at time and date convenient to the court.

//

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 11, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
MICHAEL K. GIMINEZ

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA