JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
MICHAEL K. GIMINEZ

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00041 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL K. GIMINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties,

**IT IS SO ORDERED** that the status hearing currently scheduled for March 11, 2008, is hereby vacated and a sentencing hearing shall be scheduled for June 11, 2008, at 9:30 a.m. The presentence report shall be provided to the parties no later than May 7, 2008. The parties shall file their responses to the presentence report and sentencing positions no later than May 21, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than June 4, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 17, 2008