UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL KENNETH GIMINEZ<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 06-00041-001<br><br>REQUEST TO CONTINUE<br>SENTENCING DATE |

　　　　COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 11, 2008. The Probation Officer requests that the Court continue sentencing to July 7, 2008. The continuance is necessary for the Probation Officer to complete the presentence investigation and report. Both parties have no objection to the continuance.

　　　　RESPECTFULLY submitted this __12th__ day of May 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　/s/ Carleen G. Borja
　　　　　　　　　　　　　　　　U.S. Probation Officer