ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | USDC Cr. Cs. No. 06-00041-001 |
| | ) | |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING DATE** |
| MICHAEL KENNETH GIMINEZ | ) | |
|     Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the Sentencing hearing is hereby moved from June 11, 2008 to July 7, 2008 at 9:30 a.m. The Presentence Investigation Report shall be provided to the parties no later than May 30, 2008. The parties shall file their responses to the presentence report no later than June 13, 2008. The final report presentence report, addendum, and recommendation shall be submitted to the Court no later than June 27, 2008.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: May 13, 2008