UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>MICHAEL KENNETH GIMINEZ<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 06-00041-001<br><br>REQUEST TO CONTINUE<br>SENTENCING DATE |

  COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for July 7, 2008. The Probation Officer requests that the Court continue sentencing to August 19, 2008. The continuance is necessary for the Probation Officer to complete the presentence investigation and report. United States Assistant Attorney San Nicolas is currently off-island on medical leave and Defense Counsel Arens is in trial. They were not advised of this request.

  RESPECTFULLY submitted this __13th__ day of June 2008.

            Respectfully submitted,

            ROSSANNA VILLAGOMEZ-AGUON
            Chief U.S. Probation Officer

       By: 
          /s/ Carleen G. Borja
          U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist