ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | USDC Cr. Cs. No. 06-00041-001 |
| | ) | |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING DATE** |
| MICHAEL KENNETH GIMINEZ | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, the Sentencing hearing is hereby moved from July 7, 2008 to August 19, 2008, at 9:30 a.m. The Presentence Investigation Report shall be provided to the parties no later than July 15, 2008. The parties shall file their responses to the presentence report no later than July 29, 2008. The final report presentence report, addendum, and recommendation shall be submitted to the Court no later than August 12, 2008.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
      **Chief Judge**
**Dated: Jun 13, 2008**