# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 06-00041-001 | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | REQUEST TO CONTINUE | |
| ) | SENTENCING DATE | |
| MICHAEL KENNETH GIMINEZ ) | | |
| Defendant. ) | | |
| _____) | | |

     COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 19, 2008. The Probation Officer requests that the Court continue sentencing to September 22, 2008. The continuance is necessary for the Probation Officer to complete the presentence investigation and report. United States Assistant Attorney Rosetta San Nicolas and Defense Counsel Richard Arens have no objections to this request.

     RESPECTFULLY submitted this __24th__ day of July 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ Carleen G. Borja
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist