UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>MICHAEL KENNETH GIMINEZ　)<br>　　　　Defendant.　　　　　　)<br>_____) | | USDC Cr. Cs. No. 06-00041-001<br><br>REQUEST TO CONTINUE<br>SENTENCING DATE |

　　　　COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for September 23, 2008. The Probation Officer requests that the Court continue sentencing to October 17, 2008. The continuance is necessary for the Probation Officer to complete the presentence investigation and report. United States Assistant Attorney Rosetta San Nicolas and Defense Counsel Richard Arens have no objections to this request.

　　　　RESPECTFULLY submitted this __11th__ day of September 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROSSANNA VILLAGOMEZ-AGUON
　　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　　　　　
　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　/s/ Carleen G. Borja
　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:



/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist