ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
CARLEEN G. BORJA
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | USDC Cr. Cs. No. 06-00041-001 |
| | ) | |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING DATE** |
| MICHAEL KENNETH GIMINEZ | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, the Sentencing hearing is hereby moved from September 23, 2008 to October 17, 2008 at 9:30 a.m. The Presentence Investigation Report shall be provided to the parties no later than September 19, 2008. The parties shall file their responses to the presentence report no later than October 3, 2008. The final presentence report, addendum, and recommendation shall be submitted to the Court no later than October 10, 2008.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Sep 11, 2008**